# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-06968 |
| ERIE PROPERTY LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | November 25, 2009 10:00 a.m. |
| ) | Judge Susan Pierson Sonderby |

### ORDER FOR FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE coming to be heard on Motion for Final Decree filed by Erie Property LLC ("Debtor"), due and proper notice having been given to all entitled thereto, and this Court being fully advised in the premises FINDS that Debtor has made all payments that are presently due under Debtor's Confirmed Plan Reorganization and, pursuant to Section 350 of the Bankruptcy Code, closure of this case is warranted;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

This Chapter 11 proceeding of the above-named Debtor is closed.

Dated: _____NOV 2 5 2009_____

_____
United States Bankruptcy Court Judge